## 32076. McCurdy v. The State.

GARDNER, J. This is a companion case to *Traylor* v. *State*, ante. The accusation is identical, except as to the name of the parties. The evidence is identical. The verdicts of the court are identical. This defendant was tried along with and by the same jury as Traylor. What we said there is controlling here.

*Judgment affirmed. MacIntyre, P. J., and Townsend, J., concur.*

DECIDED JULY 16, 1948.

*Emmett Smith,* for plaintiff in error.
*Earl Staples, Solicitor,* contra.